**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| Ida Reyes,<br><br>    Plaintiff,<br><br>  – against–<br><br><br>Discover Bank, Trans Union, LLC and Equifax Information Services, LLC,<br><br>    Defendant(s). | C.A. No. 1:17-cv-00372-VAC-SRF |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT DISCOVER BANK**

Plaintiff Ida Reyes ("Plaintiff"), by counsel, and Defendant Discover Bank ("Discover"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Discover only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

| **GARIBIAN LAW OFFICES, P.C.** | **BALLARD SPAHR LLP** |
|---|---|
| */s/ Antranig Garibian*_____<br>Antranig Garibian<br>1010 North Bancroft Parkway, Suite 22<br>Wilmington, DE 19805<br>Telephone: (302) 722-6885<br>Email: ag@garibianlaw.com<br>*Attorney for Plaintiff Ida Reyes* | */s/ Evan W. Krick*_____<br>Evan W. Krick<br>919 North Market Street, 11th Floor<br>Wilmington, DE 19801<br>Phone: (302) 252-4463<br>Email: kricke@ballardspahr.com<br>*Attorney for Defendant Discover Bank* |

August 30, 2017

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 30th day of August, 2017.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| Evan W. Krick, Esquire |
| kricke@ballardspahr.com |

**GARIBIAN LAW OFFICES, P.C.**

*/s/ Antranig Garibian*_____
Antranig Garibian (Bar No. 4962)
1010 North Bancroft Parkway, Suite 22
Wilmington, DE 19805
Telephone: (302) 722-6885
Email: ag@garibianlaw.com
*Attorney for Plaintiff Ida Reyes*